

person of defendant, we are of the opinion that the trial court should have sustained defendant's motion to quash service of process and dismiss the action against defendant.

For the reasons given, the judgment against defendant for the sum of $1,052.52 is reversed and the cause is remanded to the Circuit Court of Cook County with directions to sustain defendant's motion to quash the service of process and to dismiss the action against defendant.

Reversed and remanded with directions.

BURMAN and ENGLISH, JJ., concur.

**Thomas Cloud, Plaintiff-Appellant, v. Public Service Stores, Defendant, Chicago City Bank & Trust Company, Garnishee-Defendant-Appellee.**

Gen. No. 48,690. (Abstract of Decision.)

First District, First Division.

June 12, 1962.